UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFTON HUNT,                               Case No. 06-12391
                                            DISTRICT JUDGE
        Plaintiff,                  ARTHUR J. TARNOW

v.                                          MAGISTRATE JUDGE
                                            R. STEVEN WHALEN

COMMISSIONER SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DE 17], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DE 14], AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DE 16]

On August 31, 2007, Magistrate Judge Whalen issued a report and recommendation recommending that Defendant's motion for summary judgment be granted, and Plaintiff's motion for summary judgment be denied. The Court has reviewed the record in this case. No objections were filed.

The Report and Recommendation of the Magistrate Judge is hereby ADOPTED and is entered as the findings and conclusions of the Court. Accordingly,

IT IS ORDERED that Plaintiff's motion for summary judgment is DENIED.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment is GRANTED.

SO ORDERED.

        s/Arthur J. Tarnow
        UNITED STATES DISTRICT UDGE

DATE: September 28, 2007

| Certificate of Service |
|---|
| The undersigned certifies that a copy of the foregoing Order was served on the attorneys and/or parties of record herein by electronic means and/or First Class U.S. Mail on **September 28, 2007**. |
| s/Kim Grimes<br>Deputy Clerk |